

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Lewis Edward Ragins                            Case No. 23-51587-KMS
         Christi Michelle Ragins, Debtors                      CHAPTER 13

### ORDER ON DEBTOR'S MOTION TO REVIEW NOTICE OF POST PETITION FEES

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion to Review NewRez LLC d/b/a Shellpoint Mortgage Servicing's Notice of Post Petition Fees (Dk#55), the Court finds that no Response has been filed, and the Debtor's Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that NewRez LLC d/b/a Shellpoint Mortgage Servicing's Notice of Post Petition Fees is deemed to be disallowed to the extent it includes amounts attributable to escrow shortage or escrow deficiency; allowing only the adjusted payment amounts attributable to principal and interest of $723.89 and escrow expenses of $863.89, for a total monthly payment of $1,587.78;  effective the monthly following the entry of this Order, and the Plan is so modified.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR