United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                  Case No. 23-51587-KMS

Lewis Edward Ragins                                                                        Chapter 13

Christi Michelle Ragins

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

**Recip ID**       **Recipient Name and Address**
db/jdb        + Lewis Edward Ragins, Christi Michelle Ragins, 15441 Parkwood Dr N, Gulfport, MS 39503-2774

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| 5324590 | Email/Text: mtgbk@shellpointmtg.com | Jul 06 2026 20:36:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

**Name**       **Email Address**

Karen A. Maxcy

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Robert Alan Byrd

    on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Christi Michelle Ragins trollins@therollinsfirm.com

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Jul 06, 2026        Form ID: pdf012        Total Noticed: 2

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Lewis Edward Ragins trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 6

---



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Lewis Edward Ragins**                           **Case No. 23-51587-KMS**
**Christi Michelle Ragins, Debtors**                        **CHAPTER 13**

### ORDER ON DEBTOR'S MOTION TO REVIEW NOTICE OF POST PETITION FEES

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion to Review NewRez LLC d/b/a Shellpoint Mortgage Servicing's Notice of Post Petition Fees (Dk#55), the Court finds that no Response has been filed, and the Debtor's Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that NewRez LLC d/b/a Shellpoint Mortgage Servicing's Notice of Post Petition Fees is deemed to be disallowed to the extent it includes amounts attributable to escrow shortage or escrow deficiency; allowing only the adjusted payment amounts attributable to principal and interest of $723.89 and escrow expenses of $863.89, for a total monthly payment of $1,587.78;  effective the monthly following the entry of this Order, and the Plan is so modified.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR